## BACKUS and WHITING *against* ROGERS, Gent. one of the Attorneys, &c.

In a suit against an *attorney* of this court, the *bill* is in the nature of process, and must be served on him *personally*, or by some other service which the court, under circumstances, may consider equivalent. Service on the agent of the attorney is not sufficient.

SHERWOOD, for the defendant, moved to set aside the proceedings in this cause, for irregularity. The defendant is one of the attorneys of this court, and the bill was served on his agent only.

*H. Bleecker*, contra.

*Per Curiam.* When a bill is to be served on an attorney as a defendant, it is in the nature of process, and must be served on him personally, or by some other service, which the court may, under the circumstances of the case, regard as equivalent to a personal service. The motion must, therefore, be granted.

Motion granted.